SUMMERS, J., is of the opinion the writ should be granted.

233 So.2d 252

Dan A. RITCHEY, Jr., et ux.

v.

LAKE CHARLES DREDGING & TOWING
CO., Inc., Zurben Thibodeaux d/b/a Thibodeaux Shell Yard, B & M Material Sales,
Inc., and Radcliff Materials, Inc.

No. 50446.

April 3, 1970.

In re: Dan A. Ritchey, Jr., et ux., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 230 So.2d 346.

The application is denied. According to the facts of this case as disclosed in the opinion of the Court of Appeal, there appears no error of law in the judgment complained of.